UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YAMEL CUEVAS GONZALEZ,<br><br>Defendant | MBD No. 19- |

ASSENTED-TO MOTION TO ENLARGE TIME
TO FILE INDICTMENT UNTIL SEPTEMBER 25, 2019

The United States of America, by Andrew E. Lelling, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, files this assented-to motion to enlarge the time period within which an Indictment must be filed against the Defendant, Yamel Cuevas Gonzalez.

As grounds for this motion, the government states as follows: Defendant Gonzalez was arrested on August 5, 2019 pursuant to a criminal complaint. *See* Case 19-MJ-2265-MBB. At the time of his initial appearance, the government moved for detention. A preliminary hearing was started and completed on August 8, 2019 with respect to Defendant Gonzalez. Pursuant to 18 U.S.C. § 3161(h)(1)(D), the time between August 5, 2019 and August 8, 2019 is a period of delay to be excluded from the calculation within which an Indictment must be filed.

Therefore, the Indictment for Defendant Gonzalez is due on or before September 6, 2019. Counsel for Defendant Gonzalez, James Krasnoo, Esq., has assented-to an enlargement of time

to file an Indictment and agrees to allow the government to file the Indictment on September 25, 2019.[1]

The government previously filed an assented-to motion to enlarge time to file an Indictment with the Magistrate Court; however, the government needs District Court approval. *See* Case 19-MJ-2265-MBB.  Therefore, with defense counsel's assent, the government respectfully moves this Court to enlarge the time to file an Indictment.

                          Respectfully submitted,

                          ANDREW E. LELLING
                          United States Attorney

By:   */s/ Nadine Pellegrini*
       NADINE PELLEGRINI
       Assistant United States Attorney
       617-748-3261

---

[1] Counsel for co-defendant Carlos NUNEZ and undersigned counsel for the government have discussed the timing of the Indictment.  There was also a pre-trial motion for detention with respect to Defendant Nunez and the detention hearing was completed on August 29, 2019.  Therefore, a return date of September 25, 2019 will be within the required time period for the filing of an Indictment for the Defendant Nunez.

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

></br>*/s/ Nadine Pellegrini*
> Nadine Pellegrini
> Assistant United States Attorney

Date: September 5, 2019